Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*
*Ryoo Dental, Inc. d/b/a/ Ryoo Dental*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXTASSURE INC. d/b/a NEXTASSURE INSURANCE SERVICES, ROOHI AKHTAR, ASIM ASHARY, and AKHTAR HASSAN, <br><br> Defendants. | CASE NO. 8:18-cv-02189-AG-ADS <br><br> **NOTICE OF SETTLEMENT** <br><br> Hon. Andrew J. Guilford <br><br> Complaint filed: November 29, 2018 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 16-15.7, Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental and Defendants NextAssure Inc. d/b/a NextAssure Insurance Services, Roohi Akhtar, Asim Ashary, and Akhtar Hassan, hereby inform the Court that they have reached a settlement of Plaintiff's individual claims in this matter.

The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution, the parties will file the appropriate documents with the Court.

-1-

1  DATED:  May 10, 2019    EDWARDS POTTINGER LLC

    */s/ Seth M. Lehrman*
    Seth M. Lehrman
    Attorney for Plaintiff
    Ryoo Dental, Inc. d/b/a Ryoo Dental

## **CERTIFICATE OF SERVICE**

I certify that on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below on May 10, 2019:

John R. Armstrong (SBN 183912)
jarmstrong@horwitzarmstrong.com
Vanoli V. Chander (SBN 302630)
vchander@horwtizarmstrong.com
HORWITZ + ARMSTRONG APC
14 Orchard Road, Suite 200
Lake Forest, CA 92630
Telephone: 949-540-6540
Facsimile: 949-540-6578

*Attorney for Defendants*
*NextAssure Inc. d/b/a NextAssure Insurance Services,*
*Roohi Akhtar, Asim Ashary, and Akhtar Hassan*

    */s/ Seth M. Lehrman*
    Seth M. Lehrman