# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXTASSURE INC. d/b/a NEXTASSURE INSURANCE SERVICES, ROOHI AKHTAR, ASIM ASHARY, and AKHTAR HASSAN, <br><br> Defendants. | CASE NO. 8:18-cv-02189-AG-ADS <br><br> ORDER OF DISMISSAL <br><br> Hon. Andrew J. Guilford <br><br> Complaint filed: November 29, 2018 |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, **ORDERS AS FOLLOWS**:

1. The Stipulation is **GRANTED**.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Ryoo Dental, Inc. d/b/a/ Ryoo Dental ("Plaintiff"), in his individual capacity against NextAssure Inc. d/b/a NextAssure Insurance Services, Roohi Akhtar, Asim Ashary, and Akhtar Hassan ("Defendants").

3. The above-entitled action is hereby dismissed without prejudice as to all class claims alleged against Defendant.

1

    4.   Each party shall bear their own attorney's fees, costs and expenses.

2

    5. The Court will retain jurisdiction to enforce an agreement between the

3

Parties.

4

    **SO APPROVED**.

5

6

Dated:  June 12, 2019                      _____

7

                                        Hon. Andrew J. Guilford
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-